UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARON GLENN #373892,

    Plaintiff,

v.

A. POL, et al.,

    Defendants..
_____/

File no: 1:17-CV-545

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Amended Report and Recommendation filed by the United States Magistrate Judge in this action on July 19, 2019 (ECF No. 94). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Amended Report and Recommendation of the Magistrate Judge (ECF No. 94) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims for damages against Defendants in their official capacities are **DISMISSED WITH PREJUDICE** as they are barred by Eleventh Amendment immunity.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 91) is **DENIED**.

**IT IS FURTHER ORDERED** this Defendants' motion for summary judgment (ECF No. 77) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:  August 13, 2019        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        CHIEF UNITED STATES DISTRICT JUDGE